<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1431**
_____

KATHLEEN BLICK; HAROLD BLICK,

         Plaintiffs - Appellants,

     v.

WELLS FARGO BANK, N.A., a/k/a N.A. Wells Fargo Bank;
DEUTSCHE BANK NATIONAL TRUST COMPANY, as "Trustee" for
Soundview Home Loan Trust 2006-WF1 Asset Backed
Certificates, Series 2006-WF1; EQUITY TRUSTEES, LLC, as
"Substitute Trustee;" BIERMAN, GEESING, WARD & WOOD, LLC, as
"Attorneys for Equity Trustees, LLC,"

         Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.   Norman K. Moon,
Senior District Judge. (3:11-cv-00081-NKM-RSB)

_____

Submitted: July 31, 2012               Decided: August 14, 2012

_____

Before WILKINSON, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kathleen Blick, Harold Blick, Appellants Pro Se.   John Curtis
Lynch, Ethan G. Ostroff, TROUTMAN SANDERS, LLP, Virginia Beach,
Virginia; Syed Mohsin Reza, TROUTMAN SANDERS, LLP, McLean,
Virginia; Robert Ryan Michael, BIERMAN GEESING WARD & WOOD, LLC,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathleen Blick and Harold Blick appeal the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss their action to quiet title in real property. On appeal, we confine our review to the issues raised in the Appellants' brief. See 4th Cir. R. 34(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Blick v. Wells Fargo Bank, N.A., No. 3:11-cv-00081-NKM-RSB (W.D. Va. Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED